STATE OF CONNECTICUT *v.* FRED BENNETT
(AC 20429)

Landau, Pellegrino and Daly, Js.

Argued September 12—officially released November 6, 2001

Per Curiam. The judgments are affirmed.

STATE OF CONNECTICUT *v.* MICHAEL DUBOS
(AC 20167)

Lavery, C. J., and Mihalakos and Dupont, Js.

Argued September 12—officially released November 6, 2001

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* MARK RADLEY
(AC 20566)

Landau, Mihalakos and Flynn, Js.

Argued September 24—officially released November 6, 2001

Per Curiam. The judgment is affirmed.

MITCHELL HENDERSON *v.* COMMISSIONER OF
CORRECTION
(AC 20807)

Foti, Landau and Dranginis, Js.

Argued September 20—officially released November 6, 2001

Per Curiam. The appeal is dismissed.